UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAYRE BERMAN

                 Plaintiff,

- against -

GRAMERCY GLOBAL MEDIA INC.

                 Defendant.

Docket No. 1:21-cv-10563-JSR

---

## *a* [PROPOSED] DEFAULT JUDGMENT

**WHEREAS,** this matter came before the Court on plaintiff Sayre Berman ("Plaintiff")'s application for entry of a default judgment against defendant Gramercy Global Media Inc. ("Defendant") under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2.

**WHEREAS,** Plaintiff filed his application for entry of default judgment seeking $60,000.00 in statutory damages for copyright infringement for two (2) registered works, $1385.00 in attorneys' fees, and $440.00 in costs;

**WHEREAS,** Defendant has not filed any opposition to Plaintiff's application for default judgment. The Court scheduled a default hearing for Plaintiff's application on February 14, 2022 at 9:00 a.m., and after service of process was effectuated under L.R. 55.2, Defendant failed to appear in person or by telephone.

**THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's application for entry of default judgment is GRANTED pursuant to Fed.R.Civ.P. 55(b)(2); it is

**FURTHER ORDERED** that the Court declares that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered works; it is

**FURTHER ORDERED** that Defendant shall pay $60,000.00 in statutory damages under 17 U.S.C. § 504(c); it is

**FURTHER ORDERED** that Defendant shall pay $1385.00 in attorneys' fees and $440.00 in costs pursuant to 17 U.S.C. § 505 and Fed.R.Civ.P 54(d); it is

**FURTHER ORDERED,** that Defendant shall post-judgment interest under 28 U.S.C.A. § 1961; it is

**FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

**FURTHER ORDERED** that this case is dismissed and the Clerk of the Court shall remove it from the docket of the Court.

This is a final appealable order. *See* FED. R. APP. P. 4(a).

Dated: ___2/14/22___                                      **SO ORDERED.**

                                                                                             Jed S. Rakoff (U.S.D.J.)